Dismissed and Memorandum Opinion filed July 24, 2008












Dismissed and
Memorandum Opinion filed July 24, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-01032-CV

____________

 

NATASHA TRAN AND RICSHARD NGUYEN
D/B/A/ 

NBA CONSTRUCTION AND REMODELING, Appellants

 

V.

 

LONG DUONG, LUYEN ANNA VO AND 

DUONG AUTO CARE CORPORATION, Appellees

 





 

On Appeal from the
281st District Court

Harris
County, Texas

Trial Court Cause
No. 2003-55478

 





 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 13 2007.  On July 11, 2008,  appellants filed a motion to dismiss the appeal
because the case has settled.   See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July
24, 2008.

Panel consists of Justices Frost, Seymore, and Guzman.